John K. DEWEY, D.D.S.,
Plaintiff-Appellee,

v.

LOUISIANA STATE BOARD OF DEN-
TISTRY, Defendant-Appellant.

No. 79–1155.

United States Court of Appeals,
Fifth Circuit.

July 21, 1980.

Norman J. Robinson, Jr., New Orleans, for defendant-appellant.

Adams & Reese, New Orleans, La., William S. Poole, Jr., Demopolis, Ala., for plaintiff-appellee.

Before GODBOLD, SIMPSON and THOMAS A. CLARK, Circuit Judges.

PER CURIAM:

The decision is affirmed on the basis of the district court opinion, 491 F.Supp. 132 (E.D.La., 1980).

AFFIRMED.